IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEPHANIE GARCIA,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CASE NO. 2:12CR00882-001 |
| | § | |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER ON THE UNITED STATES SENTENCING GUIDELINES AMENDMENT § 782

The United States Sentencing Commission has decided to grant retroactive application of Amendment § 782 to the United States Sentencing Guidelines. U.S.S.G. § 2D1.1(c); U.S.S.G. § 1B1.10. This Amendment reduces by two levels the base offense assigned in the Drug Quantity Table, resulting in lower guideline ranges for most drug trafficking offenses. Only inmates whose sentence calculation used the Drug Quantity Table are eligible for the reduction under Amendment §782.

You are not eligible for the sentence reduction under Amendment § 782 because the current sentence you are serving for Possession with Intent to Distribute 1.916 Kilograms of Methamphetamine is the statute's mandatory minimum sentence. U.S.S.G. § 1B1.10(b)(2)(a); § 18 U.S.C. § 3582(c). The Court **DENIES** the motion for reduction.

ORDERED this _13_ day of _Aug_ 2015.

_Hayden Head_
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE